UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  Plaintiff,<br>vs.<br><br>RICHARD LEWIS<br><br>  Defendant. | Case No. CR21-057 RSM<br><br>**ORDER ALLOWING DEFENDANT TO TRAVEL** |

COMES NOW Defendant Richard Lewis, by and through his attorney Mark A. Kaiman of Lustick Kaiman & Madrone PLLC, Plaintiff appearing by and through its Assistant United States Attorney Erin Becker, upon the Defendant's motion for an order allowing him to travel outside the Western District of Washington, the Court having heard the arguments of counsel, having reviewed the files and records herein and otherwise being fully advised in the premises, NOW THEREFORE

IT IS HEREBY ORDERED the defendant's motion is granted. Defendant is permitted to travel to 71 Lily Ct., Cle Elum WA, 98922 from September 17 to 19, 2021. All other conditions of release previously imposed remain in full force and effect.

DATED this 14th day of September, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ALLOWING DEFENDANT TO TRAVEL
- Page 1 of 1

LUSTICK KAIMAN & MADRONE PLLC
ATTORNEYS AT LAW
222 GRAND AVENUE
BELLINGHAM, WA 98225
Telephone 360.685.4221