UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Plaintiff,<br>     vs.<br><br>RICHARD LEWIS<br><br>          Defendant. | **Case No. CR21-057 RSM**<br><br>**ORDER CONTINUING SENTENCING** |

COMES NOW Defendant Richard Lewis, by and through his attorney Mark A. Kaiman of Lustick Kaiman & Madrone PLLC, Plaintiff appearing by and through its Assistant United States Attorney Erin Becker, upon the Defendant's motion for an order allowing continuing the sentencing hearing currently set for July 8, 2022, the Court having heard the arguments of counsel, having reviewed the files and records herein and otherwise being fully advised in the premises, NOW THEREFORE

IT IS HEREBY ORDERED the defendant's motion is granted. The defendant's sentencing hearing shall be reset to August 18, 2022 at 10:00 AM.

     DATED this 28th day of April, 2022.

                                        _____
                                        RICARDO S. MARTINEZ
                                        CHIEF UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING
- Page 1 of 1

Lustick Kaiman & Madrone PLLC
Attorneys At Law
222 Grand Avenue
Bellingham, WA 98225
Telephone 360.685.4221