UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>RICHARD LEWIS,<br><br>              Defendant. | Case No.  CR21-57RSM<br><br>ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO SELF-REPORT |

This Court has considered Defendant's Motion for Extension of Time to Report to Prison (Dkt #230), the Government's response to the motion, and the records and pleadings already on file. The defendant's motion is hereby GRANTED. The Federal Bureau of Prisons is hereby directed to issue a new reporting date on or after October 27, 2022.

DATED this 14th day of September, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1