UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RICHARD LEWIS<br><br>        Defendant. | Case No. CR21-057 RSM<br><br>**ORDER GRANTING EXTENSION OF TIME TO REPORT TO PRISON** |

    COMES NOW defendant Richard Lewis, by and through his attorney Mark A. Kaiman of Victory Legal Services PLLC, and the Court having considered the defendant's motion for an extension of his reporting date to the Bureau of Prisons, having reviewed the files and records herein and otherwise being fully advised in the premises, NOW THEREFORE

    IT IS HEREBY ORDERED the defendant's motion is GRANTED. Defendant shall report to FPC Yankton on November 3, 2022, at 10:00 AM.

    DATED this 25th day of October, 2022.

                                         _____
                                         RICARDO S. MARTINEZ
                                         UNITED STATES DISTRICT JUDGE



VICTORY LEGAL
222 Grand Ave. Bellingham WA 98225
360 685 4221

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER GRANTING EXTENSION OF TIME TO REPORT TO
PRISON - Page 2 of 2

VICTORY LEGAL

222 Grand Ave. Bellingham WA 98225
360 685 4221